Clerk of Courts,                                      10/16/2024

    Please file this request to proceed in forma pauperis now, so I may file my complaint immediately upon the courts granting this application.

I also request any available subpoena forms and a copy of the Federal Rules of Civil Procedure.

                                            Thank You,

                                            Sincerly,

                                            Malik Solomon
                                            SCI - Rockview
                                            1 Rockview Place
                                            Box A
                                            Bellefonte, PA 16823

ATTACHMENT Ⓐ

DEFENDANTS

1.) City of Philidelphia

2.) Sergent Black

3.) C. Brooks

4.) T. Henry

5.) John Doe #1

6.) John Doe #2

7.) John Doe #3

8.) John Doe #4

9.) John Doe #5

10.) Jane Doe #1

11.) Jane Doe #2



Malik Solomon #KC2341
SCI-Rockview
1 Rockview Place, Box A
Bellefonte, PA 16823

RECEIVED OCT 21 2024

Clerk of Courts, EDP
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

JOHNSTOWN
INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S.M.S. X-RAY

ZIP 16823
$000.97
OCT 17 2024



Case 2:24-cv-05606-JLS    Document 2    Filed 10/21/24    Page 4 of 4