# PRISONER CIVIL RIGHTS ACTION

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### MALIK SOLOMON V. CITY OF PHILIDELPHIA, ET. AL.

### CIVIL ACTION NO. 24-CV-5606-JLS

1-30-25

**DATE MAILED**

*[signature]*

Malik Solomon, Pro-*se*

KC-2341

SCI-ROCKVIEW

1 Rockview Place

Box A

Bellefonte, PA 16823-1664

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIK SOLOMON | CIVIL RIGHTS ACTION : |
| V. | 24-CV-5606-JLS |
| CITY OF PHILIDELPHIA, ET. AL. | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of

_____

Plaintiff, Malik Solomon's Motion to _____

_____

_____

It is ORDERED that Plaintiff, Malik Solomon's Motion to _____

_____

_____

is GRANTED.

BY THE COURT:_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIK SOLOMON | CIVIL RIGHTS ACTION : |
| V. | 24-CV-5606-JLS |
| CITY OF PHILIDELPHIA, ET. AL. | JURY TRIAL DEMANDED |

### INSTANT MOTION TO SEEK APOINTMENT OF COUNSEL

Plaintiff, moves this court to seek Appointment of Counsel in the above captioned case, for the following reasons;

1. Plaintiff, Malik Solomon, Pro-*se*, seeks redress over the constitutional violations that occured from the named defendant's while under their custody and care which were both malicios and evil.

2. Plaintiffs, multiple claims have merit, and state an Eighth Amendment violation that relief can and will be granted upon.

3. The plaintiff's inability to properly investigate the facts through extensive discovery, document recovery, depositions of multiple officials that have been fired, relocated or still work for the county will be difficult and require an attorney if the defendants are not compliant.

4. Plaintiff, rely's on Tabron v. Grace, 6 F.3d at* 156 "Holding that need for discovery supports appointment of counsel."

5. This case will consist of conflicting statements that will require cross-examination as a key eliment due to the importance of the credibility, in such testimony. Plaintiff, was assaulted by two inmates at the direction of an officer, then this officer allowed the two inmates to freely assault plaintiff without any interference, or protection.

6. Plaintiff, expects the facts to be strongly disputed. Hetzel v. swartz, 917 F. Supp. 344, 356 (M.D. Pa. 1996), "credibility issues supported appointment of counsel"; Gaston v. Goughlin,

679 F. Supp. at* 273. (same)

7. Plaintiff's, limited income is not enough to obtain private counsel in these such matters, nor does plaintiff have the ability to present this case in such a manner thats expected as of the limited education, no legal expierance and mental health issues. Parham v. Johnson, 126 F.3d 454, 459 (3d. Cir. 1999), "................ The prisioners lack of legal experience and the complex discovery rules clearly put him at a disadvantage in countering the defendant's discovery tacticts and that....these discovery rules prevented the plaintiff from presenting an effective case below."

8. Plaintiff's, issues in literacy and his inablility to comprehend the complex discovery rules with the minimum education, and no legal education at all with complex arguments and issues like deliberate indifference, and the totality of the conditions and the reasonable relationship test are particularly difficult for Pro-se, litigants. Tabron v. Grace, 6 F.3d at* 156 "Plaintiffs education, literacy, prior work and litigation experiance and ability to understand english should be considered".

9. Plaintiff, has sought to obtain counsel, and has sent letters to over seven (7) diffrent law firms in Pennsylvania, and has had no responses. Purnell v. Lopez, 903 F. Supp. 863, 864 (E.D. Pa 1995) ".... The threshold consideration in determining wheather to appoint counsel is whether the inmate has attempted and failed to produce counsel on his own."

10. Plaintiff, has filed this motion and civil action in goodfaith and in a effort to seek justice and redress of these claims at cause.

WHEREFORE, Plaintiff, Malik Solomon, Pro-se, requests this court grant this Instant Motion for Appointment of Counsel.

x /s/ Malik Solomon

Malik Solomon, Pro-se

KC2341

SCI-Rockview

1 Rockview Place, Box A

Bellefonte, PA 16823

1-30-25

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIK SOLOMON** | **CIVIL RIGHTS ACTION :** |
| V. | 24-CV-5606-JLS |
| CITY OF PHILIDELPHIA, ET. AL. | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

The undersigned Plaintiff, Malik Solomon Pro-*se*, hereby certifies that on the date of 2/30/25 the forgoing Motion to _Motion to Appoint Counsel_ was mailed through the U.S.P.S by First Class mail directly to the Clerk of Court's, and all required parties, and through their Attorney's, which satisfies the service requirements of the Federal Rules of Civil Procedure 65, here at and through SCI-Rockview mail Department.

| | |
|---|---|
| **MAILED VIA U.S.P.S.** | Malik Solomon, Pro-*se* |
| CLERK OF COURTS, EDP | KC-2341 |
| 601 Market Street, Room 2609 | SCI-ROCKVIEW |
| Philidelphia, PA 19106-1797 | 1 Rockview Place |
| | Box A |
| | Bellefonte, PA 16823-1664 |
| | X _Malik Sol—_ |



