IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIK SOLOMON,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 24-CV-5606 |
| CITY OF PHILADELPHIA, *et al.*,<br>    Defendants. | :<br>:<br>: |

## ORDER

AND NOW, this 20th day of March, 2025, Defendant City of Philadelphia having filed a motion pursuant to Federal Rule of Civil Procedure 12 (ECF No. 25), it is **ORDERED** that:

1.    Malik Solomon shall file a Response to the Motion no later than **April 18, 2025**. The Response must be served on the Defendant in accordance with Federal Rule of Civil Procedure 5(b), and Local Rule 5.1.2 where applicable, and should include any certificate of service required by Rule 5(d).

2.    If Solomon files a response, Defendant City of Philadelphia may file a Reply brief no later than fifteen (15) days thereafter.

                                                            GEORGE WYLESOL
                                                            CLERK OF COURT

**By:** *Michele Helmer*
─────────────────────────────
**Deputy Clerk**