## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

**MALIK SOLOMON,**
           **PLAINTIFF,**                  **DOCKET #: 2:24-05606-JLS**

**V.**

**CITY OF PHILADELPHIA, et al.,**
           **DEFENDANTS.**


### REQUEST TO AMEND COMPLAINT AND STATUS UPDATE

Prothonotary:

Please replace the following Defendant's names to accurately pursue claims per the Federal Rules of Civil Procedure:

- John Doe # 1 to be changed to Sergeant L. Nunes

- John Doe # 2 to be changed to CO M. Marlow

- John Doe # 3 to be changed to Ramel Young

- John Doe # 4 to be changed to Jason Kurth

- John Doe # 5 to be changed to Krystyna Hayles

- Jane Doe # 1 to be changed to Holly Callahan

Enclosed are the Notice and Waiver Forms required for each Defendant.


I would also like to request a status update in reards to my case and an updated docket of the case please.


Thank you very much!

Respectfully,

Malik Solomon

Malik Solomon
MR-2341
SCI-Phoenix
1,00 Mokychic DR. Collegeville PA 19426
St. Petersburg FL 33733



FIRST-CLASS MAIL
IMI
$012.14
08/20/2025 ZIP 19426
043M31248366

Clerk Of Courts
U.S. CourtHouse
601 Market ST. Rm 2609
Philadelphia, PA 19106 1797

U.S.M.S.
X-RAY



RECEIVED
AUG 22 2025



CERTIFIED MAIL

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

SCI-Phoenix M
P.O. Box 246
Collegeville, F

Sent To
Clerk Of Courts
601 Market St Rm 2609
Philadelphia, PA 19106