**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MALIK SOLOMON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-5606** |
| | : | |
| **CITY OF PHILADELPHIA, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 11th day of September 2026, upon consideration of Plaintiff Malik Solomon's Amended Complaint, Dkt. No. 6; the City of Philadelphia's motion to dismiss, Dkt. No. 25; Holly Callahan, Ramel Young, Jason Kurth, Krystyna Hayles, Sergeant L. Nunes, and Com. Marlow's motion to dismiss, Dkt. No. 52; and Solomon's responses to those motions, Dkt. Nos. 33, 64, **IT IS HEREBY ORDERED** as follows:

1. The Clerk of Court is **DIRECTED** to update the name of "C. Brooks" to "Destinee Brooks";

2. The City of Philadelphia's motion is **GRANTED** for the reasons provided in the Court's accompanying memorandum, and the claims against the City are **DISMISSED** with prejudice;

3. The moving individual defendants' motion is **GRANTED** for the reasons provided in the Court's accompanying memorandum, and the claims against those defendants are **DISMISSED** with prejudice;

4. Claims against the remaining unidentified defendant, Jane Doe #2, are **DISMISSED** with prejudice for the reasons provided in the Court's accompanying memorandum;

5. No leave to amend is granted on the dismissed claims;

6. The Clerk of Court is **DIRECTED** to terminate the City of Philadelphia, Holly Callahan, Ramel Young, Jason Kurth, Krystyna Hayles, L. Nunes, M. Marlow, and the remaining unidentified Doe Defendant as defendants;

7. The Court will issue an appropriate case management Order for the case to proceed against the remaining defendants separately.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*

**JEFFREY L. SCHMEHL, J.**