**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MALIK SOLOMON,<br>Plaintiff,<br><br>v.<br><br>SERGENT BLACK, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 2:24-cv-05606-JLS |

**ORDER**

**AND NOW**, this 15th day of September 2026, **IT IS HEREBY ORDERED** as follows:

1. A telephonic pretrial Rule 16 conference shall be held on **Tuesday, November 10, 2026**, at 11:30 AM. All parties shall dial 855-244-8681; Access Code: 2310 672 8970;
2. Discovery will commence immediately;
3. The parties shall make the required initial disclosures under Federal Rule of Civil Procedure 26(a) within 20 days of the date of this Order;
4. Mr. Solomon and counsel for defendants shall complete and submit the required Joint Status Report pursuant to Rule 26(f) no later than seven (7) days prior to the Rule 16 Conference; and
5. Mr. Solomon and counsel shall follow Judge Schmehl's Policies and Procedures which can be found at www.paed.uscourts.gov.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*

**JEFFREY L. SCHMEHL, J.**