**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MALIK SOLOMON,<br>Plaintiff,<br><br>v.<br><br>SERGENT BLACK, et al.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 2:24-cv-05606-JLS |

**ORDER**

**AND NOW,** this 1st day of October 2026, upon consideration of Malik Solomon's letter, Dkt. No. 71, **IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Solomon the appended joint statement report pursuant to Rule 26(f).

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**

**Joint Status Report Pursuant to Rule 26(f)**

Caption: ________________________________________ Civil Action No: __________

Basis of Jurisdiction: ________________________________________________________

Jury Trial: _____ Non-Jury Trial: _____ Arbitration: _____

Plaintiff's counsel participating in the Rule 16 Conference: ___________________________
Defendant's counsel participating in the Rule 16 Conference: _________________________
Do counsel have full authority to settle at Rule 16 Conference? ________________________
If not, client with such authority who will attend conference: _____________________

When did the parties hold the Rule 26 Conference? _________________________________
When did the parties comply with Rule 26(a)'s duty of self-executing disclosure? __________

Plan for Discovery:

1. The parties anticipate that discovery should be completed within _______ days.
2. What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to? _______________________________
3. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)? _________________________
4. Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan: __________________________
_____________________________________________________________________
5. If you contend the discovery period should exceed 90 days, please state reason:
_____________________________________________________________________

Does either side anticipate the use of experts? ____________________________________
If yes, what is the proposed deadline for expert discovery? ______________________

Does either side expect to file a case-dispositive motion? _______ (yes/no)
If yes, under what Rule? _______________________________________________
If yes, specify the issue: _______________________________________________
Proposed deadline for filing dispositive motions: ______________________________

Approximate date case should be trial-ready: _______________________________________
Time for Plaintiff's case: ____________ Time for Defendant's case: _____________

What is the outcome of your discussions with your clients about proceeding before a Magistrate Judge for final disposition? _____________________________________________

Is a settlement conference likely to be helpful? ________ (yes/no)
If so, when: Early _______ (yes/no) After Discovery _______ (yes/no)

***This form should be submitted to Chambers by email (preferred) or hard copy.***
***Chambers_of_Judge_Jeffrey_L_Schmehl@paed.uscourts.gov***

***The Gateway Building, 201 Penn Street, 5th Floor, Reading, PA 19601***